JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

ANNA KRUSHAKOVA,

        Plaintiff,

       v.

MERCEDES-BENZ USA LLC, a
Delaware Limited Liability
Company; and
DOES 1-10, inclusive,

        Defendants.

Case No. 8:25-cv-00698-JWH-DFMx

**JUDGMENT**

Pursuant to the Scheduling Notice and Order [ECF No. 18] entered on or about December 16, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.	This action, including all claims asserted herein, is **DISMISSED**.

2.	To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated:  January 21, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-